Mark R. Thierman Cal SB# 72913
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500

Attorneys for Cross-Claimant/Defendant
Central Sierra Construction, Inc.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA COLLECTION SERVICES INC. OF SACRAMENTO, A CORP. <br><br> Plaintiff, <br> vs. <br><br> CENTRAL SIERRA CONSTRUCTION, INC., A NEVADA CORPORATION, <br><br> Defendants. <br> _____ <br><br> CENTRAL SIERRA CONSTRUCTION, INC., A NEVADA CORPORATION, on behalf of itself and all others similarly situated, <br><br> Cross-Claimant/Defendant, <br> vs. <br><br> PRO GROUP MANAGEMENT, INC., A NEVADA CORPORATION; BUILDERS' ASSOCIATION OF WESTERN NEVADA;, <br><br> Cross-Defendants. <br> _____ | Case No.: 06-CV-01899-RRB-DAD <br><br> **STIPULATION AND ORDER TO CHANGE HEARING DATE FOR MOTION FOR SUMMARY JUDGMENT TO JULY 23, 2008, TO CHANGE PRE-TRIAL CONFERENCE DATE TO AUGUST 27, 2008 AND TRIAL DATE TO OCTOBER 20, 2008.** <br><br> **Date:** <br> **Time:** <br> **Dept.:** 9 <br> **Judge:** Honorable R. Biestline |

STIPULATION AND ORDER TO CHANGE HEARING DATES

1

PDF created with pdfFactory trial version www.pdffactory.com

The parties, through their respective counsel, hereby stipulate as follows and mutually request the Court to approve this Stipulation and enter its Order accordingly:

WHEREAS Plaintiff filed the Complaint herein on September 26, 2007 and Defendants have appeared and answered;

WHEREAS Hearing for Summary Judgment is scheduled for May 7, 2008 at 10:00 am

WHEREAS the parties have a conflict in scheduling for that date

WHEREAS June 18, 2008 Pre-Trial Conference must be rescheduled due to rescheduling of Hearing for Summary Judgment

WHEREAS July 28, 2008 Trial Date must be rescheduled due to rescheduling of Hearing for Summary Judgment and Pre-Trial Conference

THEREFORE the parties stipulate that

1) All Dispositive Motions shall be filed by June 18, 2008,
2) the date for Hearing for Summary Judgment currently scheduled for May 7, 2008, be moved to July 23, 2008 at 10:00 am,
3) the parties stipulate the Pre-Trial Conference currently scheduled for June 18, 2008, be moved to August 27, 2008 at 3:00 pm
4) the parties stipulate that the Trial date currently scheduled for July 28, 2008, be moved to October 20, 2008 at 8:30 am to allow counsel to coordinate their schedules.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

Dated this 7th day of April, 2008

    Mark R. Thierman
    THIERMAN LAW FIRM


By: /s/ Mark Thierman .
    MARK R. THIERMAN

STIPULATION AND ORDER TO CHANGE HEARING DATES

2

PDF created with pdfFactory trial version www.pdffactory.com

1
2   Elizabeth Stallard
3   DOWNEY BRAND LLP
4
5         By:     /s/ Elizabeth B. Stallard     .
                  ELIZABETH STALLARD
6
7   Steven D. Cribb
8   STEVEN D. CRIBB, Attorney At Law
9
10        By :    /s/ Steven D. Cribb          .
                  STEVEN D. CRIBB
11
12  John Stephen Paul Donovan
    BRADFORD and BARTHEL, LLP
13
14        By :   /s/ John Stephen Paul Donovan .
                 JOHN STEPHEN PAUL DONOVAN
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case 2:06-cv-01899-JAM-DAD   Document 53   Filed 04/10/08   Page 3 of 4

STIPULATION AND ORDER TO CHANGE HEARING DATES

3

PDF created with pdfFactory trial version www.pdffactory.com

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA COLLECTION SERVICES INC. OF SACRAMENTO, A CORP.<br><br>Plaintiff,<br>vs.<br><br>CENTRAL SIERRA CONSTRUCTION, INC., A NEVADA CORPORATION,<br><br>Defendants.<br>_____<br><br>CENTRAL SIERRA CONSTRUCTION, INC., A NEVADA CORPORATION, on behalf of itself and all others similarly situated,<br><br>Cross-Claimant/Defendant,<br><br>vs.<br><br>PRO GROUP MANAGEMENT, INC., A NEVADA CORPORATION; BUILDERS' ASSOCIATION OF WESTERN NEVADA;,<br><br>Cross-Defendants.<br>_____ | Case No.: 06-CV-01899-RRB-DAD<br><br>**STIPULATION AND ORDER TO CHANGE HEARING DATE FOR MOTION FOR SUMMARY JUDGMENT TO JULY 23, 2008, TO CHANGE PRE-TRIAL CONFERENCE DATE TO AUGUST 27, 2008 AND TRIAL DATE TO OCTOBER 20, 2008.**<br><br>Date:<br>Time:<br>Dept.:   9<br>Judge:   Honorable R. Biestline |

STIPULATION and ORDER TO CHANGE HEARING DATE MOTION FOR SUMMARY JUDGMENT TO JULY 23, 2008, TO CHANGE PRE-TRIAL CONFERENCE DATE TO AUGUST 27, 2008 AND TRIAL DATE TO OCTOBER 20, 2008

Current Hearing Date for Summary Judgment is May 7, 2008, and parties have a conflict of schedule, and therefore Stipulate that Hearing date for Summary Judgment be changed to July 23, 2008 at 10:00 am.  Because the Hearing date is hereby changed to July 23, 2008, Pre-Trial Conference is hereby moved to August 27, 2008 at 3:00 pm, and Trial date is moved to October 20, 2008 at 8:30 am.  Additionally, all Dispositive Motions must be filed by June 18, 2008.

Pursuant to Stipulation, it is so ORDERED.
DATED:  04/09/2008

/s/ Ralph R. Beistline_____
Ralph R. Beistline
United States District Judge

STIPULATION AND ORDER TO CHANGE HEARING DATES

4

PDF created with pdfFactory trial version www.pdffactory.com