IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA COLLECTION SERVICES INC. OF SACRAMENTO, a Corporation,<br><br>        Plaintiff,<br><br>     v.<br><br>CENTRAL SIERRA CONSTRUCTION, INC., a Nevada Corporation,<br><br>        Defendant.<br>_____/<br><br>CENTRAL SIERRA CONSTRUCTION, INC., a Nevada Corporation, on behalf of itself and all others similarly situated,<br><br>        Cross-Claimant/Defendant,<br><br>     v.<br><br>PRO GROUP MANAGEMENT, INC., a Nevada Corporation; BUILDERS' ASSOCIATION OF WESTERN NEVADA; and BUILDERS' ASSOCIATION OF WESTERN NEVADA SELF INSURED GROUP,<br><br>        Cross-Defendants.<br>_____/ | No. 2:06-cv-01899 JAM DAD<br><br><u>ORDER GRANTING MOTION FOR<br>         DETERMINATION</u> |

1

Northern California Collection Services Inc. brought this action against Central Sierra Construction, Inc. ("CSC") for back premiums.  CSC filed a cross-claim against Pro Group Management, Inc., Builders' Association of Western Nevada, and Builders' Association of Western Nevada Self Insured Group (collectively, "Cross-Defendants") for indemnification, breach of contract, and misrepresentation.  On August 20, 2008, this Court granted summary judgment in favor of Cross-Defendants.  Docket at 66.  CSC now moves to certify the judgment.  For the reasons stated below, CSC's motion is GRANTED.[1]

OPINION

Rule 54(b) states:

> When an action presents more than one claim for relief —
> whether as a claim, counterclaim, crossclaim, or third-
> party claim — or when multiple parties are involved, the
> court may direct entry of a final judgment as to one or
> more, but fewer than all, claims or parties only if the
> court expressly determines that there is no just reason for
> delay.

"A district court must first determine that it has rendered a 'final judgment,' that is, a judgment that is an ultimate disposition of an individual claim entered in the course of a multiple claims action.  Then it must determine whether there is

---

[1] This motion was determined to be suitable for decision without oral argument.  E.D. Cal. L.R. 78-230(h).

any just reason for delay." <u>Wood v. GCC Bend, LLC</u>, 422 F.3d 873, 878 (9th Cir. 2005) (internal citations omitted).

In this case, the Court has entered final judgment against CSC on its claims against Cross-Defendants in this multiple claims action. Summary judgment has been granted on all of the claims against the Cross-Defendants. Docket at 66. Furthermore, there is no just reason for delay because the claims against Cross-Defendants do not depend upon resolution of the underlying action against CSC.  Accordingly, the judgment may be entered as final.

ORDER

For the reasons stated above, CSC's Motion for Determination is GRANTED.  The Clerk of Court is directed to enter as final the Court's Order denying summary judgment for CSC and granting summary judgment for Cross-Defendants. The case shall remain active and open as to Northern California Collection Services claims against CSC.

IT IS SO ORDERED.

Dated: November 10, 2008

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE